IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | |
|---|---|
| MARVIN MUHAMMAD/SMITH <br> ADC#86280 <br><br> Plaintiff <br><br> v. <br><br> CHARLES FREYDER, *et al.* <br><br> Defendants | Case No. 5:06CV00022BD |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE, and Judgment is entered on behalf of the Defendants.

DATED this 12th day of April, 2007.

_____
UNITED STATES MAGISTRATE JUDGE